■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. NICHOLAS CONFORTI, Defendant.— Motion by defendant to dispense with printing, etc. on appeal from an order denying his motion for a transcript of the trial minutes relating to his judgment of acquittal. Motion denied; no appeal lies from such an order (cf. *People* v. *Popolo,* 12 A D 2d 949; *People* v. *Ellerbe,* 12 A D 2d 795). Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

## (March 30, 1964)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM C. WINSTON, Appellant.— Motion by the District Attorney of Nassau County to dismiss defendant's appeal from a judgment of conviction. Motion denied, with leave to renew upon proof of service of the motion papers upon the defendant personally, as well as upon his attorney of record. The new section

537-a of the Code of Criminal Procedure requires that on a motion to dismiss an appeal the motion papers shall be served upon the defendant personally. Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.